**Order entered September 29, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-20-00784-CV

## GALOVELHO, LLC, Appellant

### V.

### GREG ABBOTT, ET AL., Appellees

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-02595-2020**

## ORDER

Before the Court is appellant's September 25, 2020 motion for an extension of time to file its brief on the merits which is currently due on October 4th. Appellant requests a forty-five day extension to allow for the filing of a supplemental clerk's record and this Court's reconsideration of its September 18, 2020 order denying its motion to order the trial court to make findings of fact and conclusions of law. The requested supplemental clerk's record has now been filed. Appellant has not filed a motion to reconsider this Court's September 18th order.

Appellees are agreeable to only a twenty-one day extension. We **GRANT** appellant's motion to the extent that it shall file its brief on or before **November 3, 2020**.

/s/    BILL WHITEHILL
        JUSTICE